IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NTT SECURITY (US) INC., <br><br> Plaintiff, <br><br> vs. <br><br> JANCO ASSOCIATES, LLC, <br><br> Defendant. | 8:19-CV-489 <br><br> **JUDGMENT** |

This matter is before the Court on the parties' Joint Motion to Dismiss with Prejudice (Filing 18). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is dismissed with prejudice, both sides to bear their own fees and costs.

Dated this 18th day of February, 2020.

BY THE COURT:

Brian C. Buescher
United States District Judge